UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS PAULINO,

               Plaintiff,

        -against-

BRONX COUNTY SUPREME COURT;
HON. TROY K. WEBBER; BRONX
COUNTY DISTRICT ATTORNEY'S
OFFICE; DETECTIVE MATTHEW
MCCROSSER; BRONX COUNTY POLICE
DEPARTMENT; BRONX COUNTY
CORPORATE COUNSEL,

               Defendants.

25-CV-10824 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 8, 2026, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization for this court or pay the $405.00 in fees required to file a civil action. That order specified that failure to comply would result in dismissal of the complaint. In response, Plaintiff again filed a prisoner authorization that was not for this court. Plaintiff has also not paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Court directs the Clerk of Court to enter judgment in this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    February 20, 2026
           New York, New York

                    /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
               Chief United States District Judge